Herman House against Elizabeth Taylor and others. No opinion. Judgment unanimously affirmed, with costs.